**Michael L. Moskowitz (MM4202)**
**Richard E. Weltman (RW3169)**
**Michele K. Jaspan (MJ1737)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for United Nations Federal Credit Union*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
212.684.7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| MOHAMED Z. ASHRI, | Chapter 7 Case |
| Debtor. | Docket No. 03 B 10966 (AJG) |
| UNITED NATIONS FEDERAL CREDIT UNION, | |
| Plaintiff, | Adv. Pro. No. 03 B 93821(AJG) |
| - against - | |
| MOHAMED Z. ASHRI, | |
| Defendant. | |

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT REGARDING OBJECTION TO DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523(a)(2)(A) REGARDING SECOND CLAUSE OF ACTION**

**APPLICATION HAVING BEEN MADE** by Plaintiff requesting summary judgment of the First, Second, Third and Fifth causes of action contained in Plaintiff's Complaint ("Motion"), and a hearing to the Motion having been held on June 30, 2004; and Plaintiff, United Nations Federal Credit Union, having appeared by its counsel, Weltman & Moskowitz, LLP, Michael L. Moskowitz, Esq., of counsel, in support of the Motion; and debtor, Mohammed Z. Ashri ("Defendant") having appeared *pro se*, in opposition to the Motion, and this court having issued its written opinion, denying in part, and granting in part, the Motion, by order dated December 16, 2005; it is

**ORDERED** that the Motion is denied on the First Cause of Action contained in the Complaint with

respect to excepting from discharge the debt owed to Plaintiff in the sum of $95,583.39, plus interest, reasonable attorneys fees and costs of collection pursuant to section 523(a)(2)(A); and it is further

**ORDERED** that Plaintiff's Motion is denied on the Third Cause of Action contained in the Complaint with respect to denying Defendant's discharge pursuant to section 727(a)(2)(A) and (B) of the Bankruptcy Code; and it is further

**ORDERED** that Plaintiff's Motion is denied on the Fifth Cause of Action contained in the Complaint with respect to denying Defendant's discharge pursuant to section 727(a)(4)(A) of the Bankruptcy Code; and it is further

**ORDERED** that Plaintiff's Motion on the Second Cause of Action contained in the Complaint pursuant to section 523(a)(2)(A) of the Bankruptcy Code be, and hereby is, granted; and it is further

**ORDERED** that Plaintiff be, and hereby is, granted a money judgment in the sum of $25,909.09 on the Second Cause of Action against Mohamed Ashri, 865 First Avenue, Apartment 8A, New York, New York 10017; and it is further

**ORDERED** that Plaintiff waives its right to a hearing on the amount of interest, attorney's fees and costs attributable to the non dischargeable number now contained in the Second Cause of Action.

Dated: New York, New York
      January 5, 2006

                                       *s/ Arthur J. Gonzalez*
                                    HONORABLE ARTHUR J. GONZALEZ
                                    UNITED STATES BANKRUPTCY JUDGE